IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08cr134

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs. ) <br> ) <br> MANUEL DE JESUS AYALA, et al. ) <br> ) | O R D E R |

**THIS MATTER** is before the Court on the government's motion to set a pretrial motions deadline. (Doc. No. 306). None of the defendants have objected to the motion.

The Court finds good cause to set a pretrial motions deadline in advance of the status conference scheduled for March 16, 2008. Fed. R. Crim. P. 12(c).

**IT IS, THEREFORE, ORDERED** that the government's motion is **GRANTED**, and the parties shall file any pretrial motion on or before March 1, 2008. The response to any motion shall be filed on or before March 10, 2008.

Signed: November 3, 2008

Robert J. Conrad, Jr.
Chief United States District Judge